Haix., Judge.
 

 If wc were informed by the records of the County Court of Wilkes that the nuncupative will of James Brown had been proved in Court, and we should
 
 *351
 
 be furnished with a copy of it properly authenticated, I think we would be bound by it j but in the present instance it seems that the County Court has admitted to record two affidavits which fall far short of establishing a nuncupative will. It is true the record speaks of them as a nuncupative will, but that does not make them one. I think we cannot view them as such, although they have been directed to be recorded, and that the petitioner has a right to recover. It does not appear that James Brown specially required cither of the witnesses to bear witness to what lie was saying $ the words he uttered were drawn from him by the person whose interest it is to establish them as a will. My opinion is that the petitioner should ■ have a decree.
 

 Per Curiam. — Judgment for the petitioner.